---

## CAPRON v. FULLER ET AL.

*Appeal from Boone Circuit Court.*

### FRIDAY, APRIL 20.

ROTHROCK, J.—The questions involved in this case are substantially the same as in the case of *Caroline S. Sanders et al. v. C. Godding et al.*, p. 463, *ante*. Following that case the plaintiff is entitled to one acre and no more, and the land must be ascertained and measured in the same manner as indicated in that opinion. The cause will be reversed and remanded for that purpose.

REVERSED.